**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAY and CARA THURMAN**                                                              **PLAINTIFFS**

**v.**                              **No. 5:11-cv-213 KGB**

**DELTA MEMORIAL HOSPITAL,**
**DORIS FORTENBERRY, JOHN DOE 1,**
**JIMMY WEEMS, and TIM WEBB**                                                      **DEFENDANTS**

## ORDER

On February 26, 2013, the Court directed plaintiffs to file a status report within 15 days indicating that they had obtained substitute counsel or that they wished to continue to proceed *pro se* (Dkt. No. 22). In a letter filed with the Court, plaintiffs state that they are currently without legal representation and ask the Court to continue their lawsuit (Dkt. No. 24). The Court construes plaintiffs' letter as a motion for continuance and directs defendants to respond to the motion within ten days of the date of this Order.

SO ORDERED this 13th day of March, 2013.

_____
Kristine G. Baker
United States District Judge