IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAY and CARA THURMAN     PLAINTIFFS

v.     No. 5:11CV00213 KGB

DELTA MEMORIAL HOSPITAL,
DORIS FORTENBERRY, JOHN DOE 1,
JIMMY WEEMS, and TIM WEBB     DEFENDANTS

## ORDER

The parties have stipulated to dismissal of this matter with prejudice (Dkt. No. 29).

Accordingly, this matter is dismissed with prejudice. Each party will bear its own costs and fees.

SO ORDERED this 2nd day of July, 2013.

_____
Kristine G. Baker
United States District Judge